

FILED
NOV - 4 2009

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. ED09-253 M |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| vs. | ) HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |
| JOHN GUERRERO, | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  SOUTHERN DISTRICT OF CAL  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • UNKNOWN COMMUNITY TIES; • UNKNOWN BAIL RESOURCES • FAILURE TO COMPLY WITH PROB. TERMS.

1

1
2
3 and/or
4 B. (✓) The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7 finding is based on: • CRIMINAL HISTORY
8 • ALLEGED OFFENSE
9
10
11
12 IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED: 11/4/09
16
17
18
19 DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE